**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

HAROLD MOSLEY,                                )
                                             )
      Plaintiff,                              )
                                             )
    vs.                                      )     Case No. 4:24-cv-01580-MTS
                                             )
CITY OF ST. LOUIS, *et al.*,                  )
                                             )
      Defendants.                             )

## <u>MEMORANDUM AND ORDER</u>

This matter is before the Court on Defendants City of St. Louis and Dale Glass (together, "Defendants")'s Motion for Leave to Exceed Page Limitations, Doc. [46], as well as Plaintiff Harold Mosley's Motion for an Extension of Time to Respond to Defendants' Motion for Judgement on the Pleadings, Doc. [48].  Defendants seek leave to file an overlength Memorandum in Support of their Motion.  *Compare* Doc. [46-1], *with* E.D. Mo. L.R. 4.01(D) (setting a limitation of fifteen numbered pages subject to certain exclusions).  To support their request, Defendants state only that, "[i]n order to sufficiently set forth and analyze the facts and legal authority relevant to Plaintiff's claims, . . . [the Memorandum] has exceeded the fifteen-page limitation."  Doc. [46] ¶ 2. Upon consideration of claims at issue, and without the benefit of a more-than-cursory explanation,  the Court does not agree that additional pages would be beneficial.  Indeed, in the ordinary case, the Court's fifteen-page limit operates as a benefit to all relevant stakeholders: the bench, bar, and client.  *See Morgan v. S. Bend Cmty. Sch. Corp.*, 797 F.2d 471, 480 (7th Cir. 1986) (Easterbrook, J.) (explaining that page limitations benefit the

- 1 -

litigants and the court and induce an advocate "to write tight prose, which helps his client's cause"). The Court sees no reason to depart from its usual requirements here.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant City of St. Louis and Defendant Dale Glass's Motion to Exceed Page Limitations, Doc. [46], is **DENIED**.

**IT IS FURTHER ORDERED** that, no later than **Monday**, **March 23, 2026**, Defendants shall file a Memorandum in Support of their Motion for Judgment on the Pleadings that complies with the requirements of Eastern District of Missouri Local Rule 4.01(D).

**IT IS FURTHER ORDERED** that Plaintiff shall have the usual amount of time to respond once Defendants file a compliant Memorandum in Support. *See* E.D. Mo. L.R. 4.01(B) (setting a fourteen-day response deadline).

**IT IS FINALLY ORDERED** that Plaintiff's unopposed Motion for Extension of Time, Doc. [48], is **DENIED** as moot.

Dated this 16th day of March 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

- 2 -